UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

---

| | |
|---|---|
| ARNULFO MARQUEZ and MARIA GUADALUPE MARQUEZ, individually and as next friend of minors L.R.M, L.T.M, C.M., A.M., Jr., K.M., and A.L.M; MATIAS TORRES, individually and as next friend of minors G.C., A.C., and M.T. Jr.; MARIA VICTORIA MOLINA, individually and as next friend of minors J.M., A.T.M., and E.M.; MARIA ELENA TORRES; and MOISES TORRES,<br><br>    Plaintiffs,<br><br>v<br><br>RICHTER FARMS LLC; RONALD F. RICHTER; JORGE L. VILLANUEVA; and BEATRIZ SANDOVAL VILLANUEVA,<br><br>    Defendants. | Case No. 1:14-cv-30<br>Honorable Janet T. Neff<br><br><br><br><br><br><br><br><br><br>**BRIEF IN SUPPORT OF JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT** |

| | |
|---|---|
| Daniela Dwyer<br>TEXAS RIOGRANDE LEGAL AID, INC.<br>Attorneys for Plaintiffs<br>300 South Texas Boulevard<br>Weslaco, TX 78596<br>(956) 447-4800<br>ddwyer@trla.org<br><br>Teresa M. Hendricks (P46500)<br>MICHIGAN MIGRANT LEGAL ASSISTANCE<br>    PROJECT INC.<br>Attorneys for Plaintiffs<br>1104 Fuller Avenue, NE<br>Grand Rapids, MI 49503-1371<br>(616) 454-5055<br>thendricks@mmlap.com | Brion B. Doyle (P67870)<br>Kimberly A. Clarke (P49910)<br>VARNUM LLP<br>Attorneys for Defendants<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>bbdoyle@varnumlaw.com<br>kaclarke@varnumlaw.com |

      Plaintiffs and Defendants jointly move for approval of the parties' settlement agreement and dismissal of this case with prejudice. "When employees bring a private action for back

wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness." *Lynn's Food Stores Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982).[1]  Here, the settlement agreement is fair in that the amount of the settlement attributable to the working Plaintiffs' FLSa (or the higher Michigan Minimum Wage claims) bears a reasonable relationship to the amount in dispute, the costs of proceeding with the litigation, and the risks of proceeding with the litigation. In addition, Plaintiffs have recommended the settlement as being fair and reasonable. Accordingly, the Court should approve the settlement.

| | |
|---|---|
| Date: March 19, 2015 | Date: March 19, 2015 |
| TEXAS RIOGRANDE LEGAL AID, INC.<br>Attorneys for Plaintiffs | VARNUM LLP<br>Attorneys for Defendants |
| By: /s/ Daniela Dwyer<br>    Daniela Dwyer<br>    ddwyer@trla.org | By: /s/ Brion B. Doyle<br>    Brion B. Doyle (P67870)<br>    bbdoyle@varnumlaw.com |

Date: March 19, 2015

MICHIGAN MIGRANT LEGAL ASSISTANCE
    PROJECT INC.
Attorneys for Plaintiffs

By: /s/ Teresa M. Hendricks
    Teresa M. Hendricks (P46500)
    thendricks@mmlap.com

9259254_1.DOCX

---

[1] Please note that the FLSA's requirement of Court approval of the settlement agreement does not apply to the minor Plaintiffs in this lawsuit because they were not employees of Defendants and did not assert FLSA claims in the suit.  The Guardian *ad litem* appointed by the Court to review the settlement agreement has found it to be reasonable with respect to the (non-working) minor Plaintiffs' claims.  Plaintiffs will file a renewed unopposed motion for approval of the minor Plaintiffs' claims.