UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

_____

| | |
|---|---|
| ARNULFO MARQUEZ and MARIA GUADALUPE MARQUEZ, individually and as next friend of minors L.R.M, L.T.M, C.M., A.M., Jr., K.M., and A.L.M; MATIAS TORRES, individually and as next friend of minors G.C., A.C., and M.T. Jr.; MARIA VICTORIA MOLINA, individually and as next friend of minors J.M., A.T.M., and E.M.; MARIA ELENA TORRES; and MOISES TORRES, <br><br> Plaintiffs, <br><br> v <br><br> RICHTER FARMS LLC; RONALD F. RICHTER; JORGE L. VILLANUEVA; and BEATRIZ SANDOVAL VILLANUEVA, <br><br> Defendants. | Case No. 1:14-cv-30 <br> Honorable Janet T. Neff <br><br><br><br><br><br><br><br><br><br><br> **ORDER REGARDING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT** |

| | |
|---|---|
| Daniela Dwyer <br> TEXAS RIOGRANDE LEGAL AID, INC. <br> Attorneys for Plaintiffs <br> 300 South Texas Boulevard <br> Weslaco, TX 78596 <br> (956) 447-4800 <br> ddwyer@trla.org <br><br> Teresa M. Hendricks (P46500) <br> MICHIGAN MIGRANT LEGAL ASSISTANCE <br>     PROJECT INC. <br> Attorneys for Plaintiffs <br> 1104 Fuller Avenue, NE <br> Grand Rapids, MI 49503-1371 <br> (616) 454-5055 <br> thendricks@mmlap.com | Brion B. Doyle (P67870) <br> Kimberly A. Clarke (P49910) <br> VARNUM LLP <br> Attorneys for Defendants <br> Bridgewater Place, P.O. Box 352 <br> Grand Rapids, MI 49501-0352 <br> (616) 336-6000 <br> bbdoyle@varnumlaw.com <br> kaclarke@varnumlaw.com |

## ORDER REGARDING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

The parties having submitted a Joint Motion for Approval of Settlement Agreement, and the Court having scrutinized the settlement agreement for fairness and having concluded that the terms of the settlement are fair,

**IT IS HEREBY ORDERED** that the settlement agreement is **APPROVED**.

Date:  April 2 , 2015         /s/ Janet T. Neff
                              Honorable Janet T. Neff
                              United States District Court Judge

9259263_1.DOCX