THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ARNULFO MARQUEZ, *et al.,* § | |
| § | Civil Action No: 1:14-CV-00030 |
| Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| RICHTER FARMS, LLC, *et al.,* § | |
| § | |
| Defendants. § | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE SETTLEMENT OF MINOR PLAINTIFFS' CLAIMS**

On this day the Court considered the Plaintiffs' Unopposed Motion to Approve Settlement of Minor Plaintiffs' Claims (Dkt. 52). After due consideration, the Court finds the Plaintiffs have demonstrated good cause for their request and that the motion should be, and therefore is, GRANTED.

IT IS HEREBY ORDERED that the settlement of the minor Plaintiffs' claims and the settlement agreement's terms applicable to the minor Plaintiffs are approved.

SIGNED this 2nd day of April, 2015.

/s/ Janet T. Neff
HON. JANET NEFF
UNITED STATES DISTRICT JUDGE