THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ARNULFO MARQUEZ and MARIA GUADALUPE MARQUEZ, both individually and as next friend of minors LR.M., LT.M., C.M., A.M., JR., K.M., and AL.M.; MATIAS TORRES, both individually and as next friend of minors G.C., A.C., and M.T., JR.; MARIA VICTORIA MOLINA, both individually and as next friend of minors J.M., AT.M., and E.M.; MARIA ELENA TORRES and MOISES TORRES. <br><br> Plaintiffs, <br><br> v. <br><br> RICHTER FARMS, LLC, RONALD F. RICHTER, JORGE L. VILLANUEVA, and BEATRIZ SANDOVAL VILLANUEVA <br><br> Defendants. | Civil Action No: 1:14-CV-00030 <br><br> Honorable Janet T. Neff |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| Date: April 24, 2015 | Date: April 24, 2015 |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| By: /s/ Daniela Dwyer<br>     Daniela Dwyer | By: /s/ Brion B. Doyle<br>     Brion B. Doyle (P67870) |
| Daniela Dwyer<br>TEXAS RIOGRANDE LEGAL AID, INC.<br>Attorneys for Plaintiffs<br>300 South Texas Boulevard<br>Weslaco, TX 78596<br>(956) 447-4800<br>ddwyer@trla.org | Brion B. Doyle (P67870)<br>Kimberly A. Clarke (P49910)<br>VARNUM LLP<br>Attorneys for Defendants<br>Bridgewater Place, P.O. Box 352<br>Grand Rapids, MI 49501-0352<br>(616) 336-6000<br>bbdoyle@varnumlaw.com<br>kaclarke@varnumlaw.com |
| Teresa M. Hendricks (P46500)<br>MICHIGAN MIGRANT LEGAL ASSISTANCE<br>     PROJECT INC.<br>Attorneys for Plaintiffs<br>1104 Fuller Avenue, NE<br>Grand Rapids, MI 49503-1371<br>(616) 454-5055<br>thendricks@mmlap.com | |